CSD 2011 [10/25/17]

Name, Address, Telephone No. & I.D. No.
Gerald H. Davis 110417
P.O. Box 124539
San Diego, CA 92112-4539
(619) 400-9997
ghd@trusteedavis.com

Order Entered on May 11, 2020 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

GREGORY MICHAEL STEELE AND CHERYL A LA FLEUR

Debtor.

BANKRUPTCY NO. 20-01804-MM7

## TRUSTEE'S MOTION TO DISMISS CASE AND ORDER

The undersigned Trustee respectfully represents that:

☐ More than fourteen (14) days have elapsed since the filing of the petition and the debtor has failed to timely file either schedules, statements and/or plan required pursuant to Fed. R. Bankr. P. 1007(b) or a motion for extension of time pursuant to Fed. R. Bankr. P. 1007(a)(4).

☒ The debtor failed to appear and testify at the Meeting of Creditors held on MaY 7, 2020

☐ If checked, this case was filed by the filing of a joint petition and this motion applies to only one of the debtors, namely:_____.

Wherefore, the Trustee moves that the within case be dismissed without prejudice.

Dated: May 8, 2020      /s/ Gerald H. Davis
                                             ☒ Chapter 7 Trustee      ☐ Chapter 13 Trustee

**ORDER**

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. The above-entitled case is dismissed without prejudice as to the above-named debtor only.
2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Local Bankruptcy Rule 7041-3.
3. All stays now in effect for this case are vacated and the provisions of 11 U.S.C. § 349 shall hereafter apply.

DATED: May 11, 2020

_/s/ Margaret M. Mann_
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

By: /s/ Gerald H. Davis
     Trustee

CSD 2011